UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN CARLTON WHITMAN, <br><br> Defendant. | **CR 12-84-BLG-SPW** <br><br> ORDER |

Defendant has filed a Motion to Vacate Detention Hearing. (Doc. 84.) Accordingly,

IT IS ORDERED that Defendant's motion is **GRANTED**. The Detention Hearing presently set for March 16, 2018, at 9:00 a.m. is hereby **VACATED**.

DATED this 15th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge