

FILED

MAR 29 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN CARLTON WHITMAN,<br><br>Defendant. | CR 12-84-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the revocation hearing presently set for Friday, March 30, 2018 at 1:30 p.m. is **VACATED** and **RESET** for **Friday, March 30, 2018 at 10:30 a.m.**, changing the time of the hearing only.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 29th day of March, 2018.

SUSAN P. WATTERS
United States District Judge

1