IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



MAR 3 0 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN CARLTON WHITMAN,<br><br>Defendant. | CR 12-84-BLG-SPW<br><br>ORDER |

Pursuant to the revocation proceedings held in open court on Friday, March 30, 2018, the Court will conduct a Formal Dispositional Hearing on Friday, April 27, 2018, at 10:30 a.m. in the Snowy Mountains Courtroom at the James F. Battin U.S. Courthouse, Billings, Montana.

For the reasons stated on the record, Justin Carlton Whitman is hereby released from the custody of the U.S. Marshal Service.

IT IS FURTHER ORDERED that Whitman shall participate in daily substance abuse testing to begin April 2, 2018, at his personal expense. He shall also participate daily in self-help meetings.

DATED this 30th day of March 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge