FILED
APR 27 2018
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN CARLTON WHITMAN,<br><br>Defendant. | CR 12-84-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, JUSTIN CARLTON WHITMAN is hereby released from the custody of the U.S. Marshals Service.

DATED this 27th day of April, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge